FILED: July 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1712
(5:21-cv-00365-BO)

_____

STEPHEN R. PORTER, PH.D.

      Plaintiff - Appellant

v.

BOARD OF TRUSTEES OF NORTH CAROLINA STATE UNIVERSITY; W. RANDOLPH WOODSON, in his official capacity; MARY ANN DANOWITZ, in both her official and individual capacities; JOHN K. LEE, in both his official and individual capacities; PENNY A. PASQUE, in both her official and individual capacities; JOY GASTON GAYLES, in both her official and individual capacities

      Defendants - Appellees

-------------------------------

ELIZABETH WEISS; PACIFIC LEGAL FOUNDATION; FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION

      Amici Supporting Appellant

_____

M A N D A T E
_____

The judgment of this court, entered July 6, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*